# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER __15mj3715__ |
| vs | ) | ABSTRACT OF ORDER |
| Allison Gill | ) | Booking No. __51775298__ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __12/23/15__ the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__X__ Defendant released on $ __30,000 PS__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

_William V. Gallo_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL          Clerk
by _(signature)_
         Deputy Clerk

Received _____
        DUSM

Crim-9   (Rev. 8-11)                                ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY